■ In the Matter of KENNETH J. DEEDY, as President of the Farmingdale Classroom Teachers Association, Inc., et al., Appellants, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 22, TOWNS OF OYSTER BAY AND BABYLON, COUNTIES OF NASSAU AND SUFFOLK, Respondent.— In a proceeding pursuant to article 78 of the CPLR to review respondent's determination, dated March 21, 1972, refusing to grant sabbatical leaves for the 1972–1973 school year, petitioners appeal from a judgment of the Supreme Court, Nassau County, entered September 25, 1972, which dismissed the proceeding upon the merits. Judgment affirmed, with $20 costs and disbursements (*Matter of Associated Teachers of Huntington* v. *Board of Educ., Union Free School Dist. No. 3, Town of Huntington*, 40 A D 2d 122; *Legislative Conference of City Univ. of N. Y.* v. *Board of Higher Educ. of City of N. Y.*, 67 Misc 2d 648, mod. 38 A D 2d 524). Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.